JAMES HUNT MILLER (CA BAR # 135160)
P.O. Box 10891
OAKLAND CA 94610
P:(510) 451-2132
F:(510) 451-0824
e:jim_miller0@yahoo.com

**ORDER E-FILED 4/24/2008*

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF CALIFORNIA

DANNY OROPEZA,

    Plaintiff,

vs.

Michael J. Astrue,
COMMISSIONER OF the SOCIAL
SECURITY ADMINISTRATION,

    Defendant.

No. 5:07-cv-06070-HRL

MOTION AND ~~PROPOSED~~
ORDER FOR EXTENSION OF
TIME TO FILE PLAINTIFF'S
MOTION FOR SUMMARY
JUDGMENT AND/OR REMAND
(no hearing)

MOTION.

Plaintiff moves the Court for an extension of time in which to file Plaintiff's Motion. Pursuant to the scheduling order, the motion was to have been filed by April 22, 2008, 30 days plus three days (for service by mail) after Defendant's sending of the administrative transcript on March 20, 2008. Plaintiff seeks a thirty-day extension; this is Plaintiff's first extension for this filing.

Defendant's Counsel Mr. Win has related that Defendant will/would not oppose this extension. Plaintiff submits and requests that no hearing is necessary in this motion, as is usual in Social Security litigation (per the procedural order), and also because Defendant does not oppose the extension.

1  RESPECTFULLY SUBMITTED on this 23rd day of April, 2007.

3  /s/
4  James Hunt Miller, Attorney for Plaintiff Mr. Oropeza

5  ORDER ~~[PROPOSED]~~ **and based on his representation that it is unopposed,**
6  PURSUANT TO PLAINTIFF'S MOTION, IT IS ORDERED that Plaintiff may
7  have a 30-day extension, or until May 22, 2008, in which to file the motion.

9  DATE: April 24, 2008
   _____
   United States Magistrate Judge
   Howard R. Lloyd

*mot plf's xtn - Oropeza v. Comm'r SSA 5:07-cv-06070-HRL*

-2-