JAMES HUNT MILLER (CA BAR # 135160)
P.O. Box 10891
OAKLAND CA 94610
P:(510) 451-2132
F:(510) 451-0824
e:jim_miller0@yahoo.com

**ORDER E-FILED 7/17/2008***

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY OROPEZA, | No. 5:07-cv-06070-HRL |
| Plaintiff, | |
| vs. | MOTION AND ~~PROPOSED~~ ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S REPLY |
| Michael J. Astrue, COMMISSIONER OF the SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | (no hearing) |

<u>MOTION</u>.

Plaintiff moves the Court for an extension of time in which to file Plaintiff's Reply. Pursuant to the scheduling order, the reply was to have been filed by July 14, 2008 (14 days plus three days (service) plus two weekend days) after Defendant's filing of a cross-motion on June 25, 2008. Plaintiff seeks a fourteen-day extension; this is Plaintiff's first extension for this filing.

Defendant's Counsel Mr. Win has related to Plaintiff's attorney that Defendant will/would not oppose this extension. Plaintiff submits and requests that no hearing is necessary in this motion, as is usual in Social Security litigation (per the procedural order), and also because Defendant does not oppose the extension.

RESPECTFULLY SUBMITTED on this 14th day of July, 2008.

1

/s/
James Hunt Miller, Attorney for Plaintiff Mr. Oropeza

2

3   ORDER (PROPOSED) **and based on his counsel's representation that the motion is unopposed,**

4   PURSUANT TO PLAINTIFF'S MOTION, IT IS ORDERED that Plaintiff may

5   have a 14-day extension, or until July 28, 2008, in which to file the reply.

6

7   DATE: July 17, 2008

    United States Magistrate Judge

8

    Howard R. Lloyd

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28