**\*E-FILED 01-05-2010\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DANNY OROPEZA,<br><br>        Plaintiff,<br> v.<br><br>THE COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION,<br><br>        Defendant. | No. C07-06070 HRL<br><br>**ORDER SETTING BRIEFING SCHEDULE RE PLAINTIFF'S MOTION FOR FEES AND EXPENSES** |

On December 29, 2009, plaintiff filed a "Claim for Fees and Expenses Under the Equal Access to Justice Act." The court sets the following briefing schedule on that motion:

- Defendant's opposition shall be filed by **January 29, 2010**.
- Plaintiff's reply shall be filed by **February 12, 2010**.

Unless otherwise ordered, the matter will be deemed submitted without oral argument.

SO ORDERED.

Dated: January 5, 2010

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**5:07-cv-6070 Notice electronically mailed to:**

James Hunt Miller jim_miller0@yahoo.com

Mark Win mark.win@ssa.gov

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.